IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHAWN WALKER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00156-JRG-RSP |
| § | |
| LONGVIEW CABLE TELEVISION § | |
| COMPANY, INC. and WEHCO VIDEO, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiff Shawn Walker and Defendants Longview Cable Television Company, Inc. and Wehco Video, Inc.. **Dkt. No. 40**. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action **WITH** prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no parties remain.

**So Ordered this**

**Nov 23, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE